UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLON O. DAVIS,

    Plaintiff,

    v.

G. KALISHER, et al.,

    Defendants.

Case No. 15-cv-05997-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 19

Defendants have filed a request for an extension of the deadline to file their motion for summary judgment or other dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Rosailda Perez, the court GRANTS the request. (Docket No. 19.) The court now sets the following new briefing schedule: Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **March 3, 2017**. Plaintiff must file and serve on defense counsel his opposition to the motion no later than **March 31, 2017**. Defendants must file and serve their reply brief (if any) no later than **April 14, 2017.**

**IT IS SO ORDERED**.

Dated: December 8, 2016

_____
SUSAN ILLSTON
United States District Judge