UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON O. DAVIS,<br><br>      Plaintiff,<br><br>   v.<br><br>G. KALISHER, et al.,<br><br>      Defendants. | Case No. 15-cv-05997-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 28 |

Plaintiff has filed an *ex parte* request for an extension of the deadline to file an opposition to defendants' motion for summary judgment. Upon due consideration, the court GRANTS the request. (Docket No. 28.) The court now sets the following new briefing schedule: Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **May 19, 2017**. Defendants must file and serve their reply brief (if any) no later than **June 2, 2017**.

**IT IS SO ORDERED**.

Dated: March 22, 2017

_____
SUSAN ILLSTON
United States District Judge