UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON O. DAVIS, | Case No. 15-cv-05997-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| G. KALISHER, et al., | |
| Defendants. | |

Defendants' motion for summary judgment having been granted, judgment is now entered in favor of defendants and against plaintiff on all of plaintiff's claims.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 5, 2017

SUSAN ILLSTON
United States District Judge